# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 19-cv-957 |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, et. al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. Pro. 7.1 and LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel hereby certifies that Plaintiff BuzzFeed, Inc., is a privately owned corporation. Ten percent or more of its stock is owned by NBCUniversal Media LLC, a wholly-owned indirect subsidiary of Comcast Corporation, which is publicly traded. No other publicly held company owns ten percent or more of its stock.

DATED: April 4, 2019

Respectfully Submitted,

*/s/ Matthew V. Topic*

Attorneys for Plaintiffs

Matthew Topic
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
Bar No. IL0037