## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| **BUZZFEED INC.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| **DOJ OFFICE OF ATTORNEY GENERAL,** | ) |
| **DOJ DEPUTY ATTORNEY GENERAL,** | ) |
| **DOJ OFFICE OF SPECIAL COUNSEL,** | ) |
| | ) |
| **Defendants.** | ) |

## DECLARATION OF JASON LEOPOLD

I, Jason Leopold, state under penalty of perjury that the following is true and correct:

1. On March 21, 2019, I requested from Defendants: "A copy of the FINAL REPORT prepared by the Office of Special Counsel Robert Mueller relating to the Office's investigation into: any links and/or coordination between the Russian government and individuals associated with the campaign of President Donald Trump; and (ii) any matters that arose or may arise directly from the investigation; and (iii) any other matters within the scope of 28 C.F.R. § 600.4(a)."

2. I sought expedited processing of the request.

3. Defendants, through the DOJ Office of Information Policy (OIP), granted expedited processing on March 29, 2019, but asserted that due to "unusual circumstances," we will need to extend the time limit to respond to your request beyond the ten additional days provided by the statute."

4. In a phone call to me on April 1, 2019, OIP official Eric Hotchkiss told me that the "unusual circumstances" are that the report is not physically housed at OIP, who is processing the request, but instead, at the agency components to whom the request was made.

5. The contents of the Mueller Report are among the most newsworthy information in my career as a journalist, and there is an urgency to inform the public of them as quickly as possible. That is especially true because the Attorney General has already characterized the contents of the report and the President of the United States has made claims that the Report exonerates him of all wrongdoing in connection with the scope of the investigation.

Executed on 4-4-19

Jason Leopold