## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD & BUZZFEED, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 19-957 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

The plaintiffs, Jason Leopold and Buzzfeed, Incorporated, bring this civil action against the defendants, the Department of Justice (the "DOJ"), the DOJ's Office of Attorney General, the DOJ Deputy Attorney General, and the DOJ's Office of Special Counsel (collectively, the "defendants"), under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (2018), "seeking the prompt release of the report of the Special Counsel's investigation into Russian interference with the 2016 Presidential election and related matters, commonly known as 'the Mueller Report.'" Complaint ¶ 1. On April 4, 2019, the plaintiffs filed a motion for a preliminary injunction, requesting that "the Court enter a preliminary injunction requiring [d]efendants to process [the p]laintiffs' FOIA request for the Mueller Report and produce all non-exempt portions of the [Mueller] Report by April 18, 2019." Plaintiffs' Combined Motion for Preliminary Injunction and Memo in Support at 1 (Apr. 4, 2019), ECF No. 5. The plaintiffs also filed a motion requesting that "the Court schedule the hearing for April 15, 2019, so as to allow [the d]efendants to respond to the motion and to finish processing the request by April 18[, 2019,] if the Court grants [the p]laintiffs' motion." Plaintiffs' Request for Expedited Preliminary

Injunction Hearing at 1 (Apr. 4, 2019), ECF No. 6.  Upon consideration of Plaintiffs' Combined Motion for Preliminary Injunction and Memo in Support, and the Plaintiffs' Request for Expedited Preliminary Injunction Hearing, it is hereby

**ORDERED** that the defendants shall file their opposition to the plaintiffs' motion for a preliminary injunction on or before 12:00 p.m. on April 15, 2019.  It is further

**ORDERED** that the plaintiffs shall file their reply in support of their motion on or before 12:00 p.m. on April 16, 2019.  It is further

**ORDERED** that the Plaintiffs' Request for Expedited Preliminary Injunction Hearing, ECF No. 6, is **GRANTED IN PART** and **DENIED IN PART**.  The motion is granted to the extent that the plaintiffs seek a hearing on their motion for a preliminary injunction.  The motion is denied in all other respects.  It is further

**ORDERED** that the parties shall appear before the Court for a hearing on the Plaintiffs' Combined Motion for Preliminary Injunction and Memo in Support on April 16, 2019, at 2:00 p.m.

**SO ORDERED** this 11th day of April, 2019.

REGGIE B. WALTON
United States District Judge