**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 19-810 (RBW) |
| JASON LEOPOLD & BUZZFEED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Civil Action No. 19-957 (RBW) |

**ORDER**

On March 22, 2019, the plaintiff in Civil Action No. 19-810, the Electronic Privacy Information Center, filed a complaint against the United States Department of Justice (the "Department of Justice"), pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (2018), seeking records related to the Special Counsel Robert S. Mueller's investigation into Russian interference in the 2016 United States presidential election. See Complaint ¶¶ 2, 43, Electronic Privacy Information Center v. U.S. Dep't of Justice, Civ. Action No. 19-810. Thereafter on April 4, 2019, the plaintiffs in Civil Action No. 19-957, Jason Leopold and

Buzzfeed, Incorporated, brought suit against the Department of Justice, the Office of Attorney General of the United States, the Deputy Attorney General of the United States, and the Special Counsel's Office, under the FOIA, "seeking the prompt release of the report of the Special Counsel's investigation into Russian interference with the 2016 Presidential election and related matters, commonly known as 'the Mueller Report.'" Complaint ¶ 1, Leopold et al., v. U.S. Dep't of Justice et al., Civ. Action No. 19-957.

Federal Rule of Civil Procedure 42(a) permits a district court to consolidate cases that "involve a common question of law or fact," Fed. R. Civ. P. 42(a); see also Nat'l Ass'n of Mort. Brokers v. Bd. of Governors of Fed. Reserve Sys., 770 F. Supp. 2d 283, 286 (D.D.C. 2011) ("Consolidation pursuant to Rule 42(a) is permissive and vests a purely discretionary power in the district court, which may consolidate related cases sua sponte.").

To the extent that the plaintiffs in the above-captioned matters are seeking the release of the Special Counsel Mueller's report regarding the investigation into "Russian interference in the 2016 United States presidential election" and any related records, Complaint ¶ 2, Electronic Privacy Information Center v. U.S. Dep't of Justice, Civ. Action No. 19-810; see also Complaint ¶ 1, Leopold et al., v. U.S. Dep't of Justice et al., Civ. Action No. 19-957, it is hereby

**ORDERED** that, on or before April 19, 2019, the parties in the above-captioned matters shall **SHOW CAUSE** as to why the cases should not be consolidated.

**SO ORDERED** on this 11th day of April, 2019.

REGGIE B. WALTON<br>
United States District Judge