**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action No. 19-cv-957 (RBW) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| JUSTICE, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

On April 11, 2019, the Court ordered the parties to show cause why this case should not be consolidated with *Electronic Information Privacy Center v. Department of Justice*, No. 19-810. Order, Dkt. 11. The government agrees to the consolidation, because these cases "involve a common question of law or fact" under Federal Rule of Civil Procedure 42(a). Specifically, both cases argue for disclosure of the same document, the final Mueller Report.

Once consolidated, the Court should deny the pending motion for preliminary injunction for the same reasons that it denied the request for the same emergency relief in *Electronic Information Privacy Center v. Department of Justice*, No. 19-810, and order Plaintiffs to appear at the status conference scheduled for May 2, 2019, at 10:00 a.m. A proposed order is attached.

Dated: April 12, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

1

/s/ Courtney D. Enlow
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2019, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the District of Columbia using the CM/ECF filing system.

/s/ Courtney D. Enlow
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED, INC., )<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 19-cv-957 (RBW) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Response to the Court's Order to Show Cause, it is

hereby ORDERED that this case is consolidated with *Electronic Information Privacy Center v.*

*Department of Justice*, No. 19-810.

It is further ORDERED that Plaintiffs' Motion for a Preliminary Injunction is DENIED for

the same reasons the Court denied the plaintiff's request for the same emergency relief in

*Electronic Information Privacy Center v. Department of Justice*, No. 19-810.

It is further ORDERED that Plaintiffs appear at the status conference scheduled for May

2, 2019, at 10:00 a.m.

Dated: _____

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE