# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD, BUZZFEED, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-cv-957 (RBW) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Vacate Hearing and for the reasons set forth therein, it is ORDERED that the hearing set for April 16, 2019, at 2:00 p.m. is VACATED, and the Court will decide Plaintiffs' Motion for a Preliminary Injunction on the papers.

Dated: _____

THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE