UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD & <br> BUZZFEED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> JUSTICE, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 19-957 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

On April 4, 2019, the plaintiffs, Jason Leopold and Buzzfeed, Incorporated, filed a motion for a preliminary injunction, requesting that the Court enter a preliminary injunction requiring the Department of Justice (the "DOJ"), the DOJ's Office of Attorney General, the DOJ Deputy Attorney General, and the DOJ's Office of Special Counsel (collectively, the "defendants"), "to process [the p]laintiffs' FOIA request for the Mueller Report and produce all non-exempt portions of the Report by April 18, 2019." Plaintiffs' Combined Motion for Preliminary Injunction and Memo in Support at 1 (Apr. 4, 2019), ECF No. 5. The plaintiffs also filed a motion requesting that "the Court schedule the hearing for April 15, 2019, so as to allow [the d]efendants to respond to the motion and to finish processing the request by April 18[, 2019,] if the Court grants [the p]laintiffs' motion." Plaintiffs' Request for Expedited Preliminary Injunction Hearing at 1 (Apr. 4, 2019), ECF No. 6.

On April 11, 2019, the Court ordered that (1) the defendants "file their opposition to the plaintiffs' motion on or before . . . April 15, 2019," Order at 2 (Apr. 11, 2019), ECF No. 10; (2) the plaintiffs "file their reply in support of their motion on or before . . . April 16, 2019," id.; and

(3) the parties appear for a hearing on the plaintiffs' motion for a preliminary injunction on April 16, 2019, see id.  The defendants timely filed their opposition, see generally Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction and Defendants' Motion to Vacate Hearing (Apr. 12, 2019), ECF No. 14, and requested that the Court "vacate the hearing set for April 16[, 2019]," id. at 2.  Upon consideration of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction and Defendants' Motion to Vacate Hearing, it is hereby

**ORDERED** that this motion is **DENIED**.

**SO ORDERED** this 16th day of April, 2019.

REGGIE B. WALTON<br>
United States District Judge