UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD & BUZZFEED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Civil Action No. 19-957 (RBW) |

**ORDER**

In accordance with the Court's oral rulings issued at the motion hearing held on April 16, 2019, it is hereby

**ORDERED** that the Plaintiffs' Combined Motion for Preliminary Injunction and Memo in Support, ECF No. 5, is **DENIED WITHOUT PREJUDICE**. Specifically, the motion is denied because the plaintiffs have not satisfied their burden of demonstrating that they have a substantial likelihood of success on the merits of their claim and that they face irreparable harm in the absence of an injunction. It is further

**ORDERED** that the government shall file its answer to the plaintiffs' Complaint on or before April 25, 2019. It is further

**ORDERED** that the parties shall appear before the Court on May 2, 2019, at 10:00 a.m. to discuss how the parties wish to proceed in this case.

**SO ORDERED** this 18th day of April, 2019.

REGGIE B. WALTON
United States District Judge