# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 19-cv-957 |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, et. al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' POSITION ON CONSOLIDATION

Plaintiffs do not oppose consolidation with *EPIC v. U.S. Department of Justice*, Case No. 19-cv-810.

DATED: April 19, 2019

        Respectfully Submitted,

        */s/ Matthew V. Topic*

        Attorneys for Plaintiffs

        Matthew Topic
        (E-Mail: foia@loevy.com)
        LOEVY & LOEVY
        311 N. Aberdeen, Third Floor
        Chicago, Illinois 60607
        Tel.: (312) 243-5900
        Fax: (312) 243-5902
        Bar No. IL0037

## CERTIFICATE OF SERVICE

I, Matthew Topic, an attorney, hereby certify that on April 19, 2019, I caused the foregoing Plaintiffs' Position on Consolidation to be served on all counsel of record via the CM/ECF system.

        */s/ Matthew V. Topic*