UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF JUSTICE,  )<br>)<br>Defendant.  ) | Civil Action No. 19-810 (RBW) |
| JASON LEOPOLD and BUZZFEED, INC.,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,  )<br>)<br>Defendants.  ) | Civil Action No. 19-957 (RBW) |

In accordance with the oral rulings issued by the Court at the status conference on December 18, 2019, it is hereby

**ORDERED** that the plaintiffs' request that the Court order the United States Department of Justice (the "Department") to reprocess the report regarding Special Counsel Robert Mueller's investigation into Russian interference in the 2016 United States presidential election (the "Mueller Report"), raised in the Plaintiffs' Status Report, Elec. Privacy Info. Ctr. v. U.S. Dep't

of Justice, Civ. Action No. 19-810, ECF No. 103, and the Plaintiffs' Status Report, Leopold v. U.S. Dep't of Justice, Civ. Action No. 19-957, ECF No. 27, is **DENIED**.[1]

    **SO ORDERED** this 18th day of December, 2019.

                                           REGGIE B. WALTON
                                           United States District Judge

---

[1] At the December 18, 2019 status conference, the Department represented that it would reevaluate whether reprocessing of the Mueller Report is appropriate once a determination has been made about whether the defendant in United States v. Roger J. Stone, Jr., Crim. Action No. 19-18, a matter pending before another member of this Court, will file a notice of appeal.