# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, et. al., ) <br> ) <br> Defendants. ) | Case No. 19-cv-957 (RBW) |

## NOTICE OF APPEAL

Notice is hereby given that JASON LEOPOLD and BUZZFEED INC., Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order granting in part and denying in part Plaintiffs' Motion for Summary Judgment entered in this action on the 30th day of September, 2020.

DATED: November 25, 2020

                                                       Respectfully Submitted,

                                                       */s/ Matthew V. Topic*

                                                       Attorneys for Plaintiffs

                                                       Matthew Topic
                                                       (E-Mail: foia@loevy.com)
                                                       LOEVY & LOEVY
                                                       311 N. Aberdeen, Third Floor
                                                       Chicago, Illinois 60607
                                                       Tel.: (312) 243-5900
                                                       Fax: (312) 243-5902
                                                       Bar No. IL0037