# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>       Defendant. | Civil Action No. 19-810 (RBW) |
| JASON LEOPOLD & BUZZFEED, INC.,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>       Defendants. | Civil Action No. 19-957 (RBW) |

## ORDER

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Court's March 5, 2019 Order is **VACATED** to the extent that it denied without prejudice the parties' cross-motions for summary judgment. It is further

**ORDERED** that the Department of Justice's Motion for Summary Judgment in Leopold v. Department of Justice and Partial Summary Judgment in Electronic Privacy Information Center v. Department of Justice, ECF No. 54, is **GRANTED IN PART AND DENIED IN**

**PART**.  The motion is **GRANTED** with respect to the Department's withholdings pursuant to Exemptions 3, 7(A), 7(C), and 7(E).  The motion is **DENIED** in all other respects.  It is further

**ORDERED** that the balance of the Plaintiff's Combined Opposition to Defendant's Motion for Partial Summary Judgment, Cross-Motion for Partial Summary Judgment, and Motion for In Camera Review of the "Mueller Report[,]" ECF No. 71, is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** to the extent it seeks disclosure of the information withheld pursuant to Exemption 5.  The motion is **DENIED** in all other respects.  It is further

**ORDERED** that the balance of Plaintiffs Jason Leopold's and Buzzfeed Inc.'s Motion for Summary Judgment, ECF No. 73, is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** to the extent it seeks disclosure of the information withheld pursuant to Exemption 5.  The motion is **DENIED** in all other respects.  It is further

**ORDERED** that, on October 22, 2020, at 12:00 p.m., the parties shall appear before the Court for a status conference via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).  It is further

**ORDERED** that, on or before November 2, 2020, the Department shall produce to the plaintiffs an updated redacted version of the Mueller Report, which discloses the information redacted pursuant to Exemption 5, unless such information has been properly withheld pursuant to another exemption.

**SO ORDERED** this 30th day of September, 2020.

REGGIE B. WALTON
United States District Judge