APPEAL,CONSOL,TYPE I–FOIA

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:19–cv–00957–RBW

| | |
|---|---|
| LEOPOLD et al v. U.S. DEPARTMENT OF JUSTICE et al | Date Filed: 04/04/2019 |
| Assigned to: Judge Reggie B. Walton | Jury Demand: None |
| Lead case: 1:19–cv–00810–RBW | Nature of Suit: 895 Freedom of Information Act |
| Member case: 1:19–cv–00957–RBW | Jurisdiction: U.S. Government Defendant |
| Case: 1:19–cv–00810–RBW | |
| Cause: 05:552 Freedom of Information Act | |

**Plaintiff**

**JASON LEOPOLD**  represented by  **Joshua Hart Burday**
LOEVY & LOEVY
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
(312) 243–5900
Fax: (312) 243–5902
Email: joshb@loevy.com
*ATTORNEY TO BE NOTICED*

**Matthew Topic**
LOEVY & LOEVY
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
(312) 243–5900
Fax: (312) 243–5902
Email: matt@loevy.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BUZZFEED, INC.**  represented by  **Joshua Hart Burday**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Topic**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**U.S. DEPARTMENT OF JUSTICE**  represented by  **Courtney Danielle Enlow**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch

        1100 L Street NW
Washington, DC 20005
(202) 616–8467
Email: courtney.d.enlow@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth J. Shapiro**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 514–5302
Fax: (202) 616–8470
Email: Elizabeth.Shapiro@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOJ OFFICE OF ATTORNEY GENERAL**  represented by  **Courtney Danielle Enlow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOJ DEPUTY ATTORNEY GENERAL**  represented by  **Courtney Danielle Enlow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOJ OFFICE OF SPECIAL COUNSEL**  represented by  **Courtney Danielle Enlow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**  represented by  **Conor M. Shaw**
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
1101 K Street, NW
Suite 201
Washington, DC 20005
(202) 408–5565
Fax: (202) 588–5020
Email: cshaw@citizensforethics.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/04/2019 | 1 | | COMPLAINT against DOJ DEPUTY ATTORNEY GENERAL, DOJ OFFICE OF ATTORNEY GENERAL, DOJ OFFICE OF SPECIAL COUNSEL, U.S. DEPARTMENT OF JUSTICE ( Filing fee $ 400 receipt number 0090–6041154) filed by JASON LEOPOLD, BUZZFEED INC.. (Attachments: # 1 Exhibit A – FOIA Request, # 2 Exhibit B – DOJ Response, # 3 Civil Cover Sheet Civil Cover Sheet, # 4 Summons Summons)(Topic, Matthew) (Entered: 04/04/2019) |
| 04/04/2019 | 2 | | NOTICE of Appearance by Matthew Topic on behalf of BUZZFEED INC., JASON LEOPOLD (Topic, Matthew) (Entered: 04/04/2019) |
| 04/04/2019 | 3 | | NOTICE of Appearance by Joshua Hart Burday on behalf of BUZZFEED INC., JASON LEOPOLD (Burday, Joshua) (Entered: 04/04/2019) |
| 04/04/2019 | 4 | | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by BUZZFEED INC. (Topic, Matthew) (Entered: 04/04/2019) |
| 04/04/2019 | 5 | | MOTION for Preliminary Injunction by BUZZFEED INC., JASON LEOPOLD (Attachments: # 1 Exhibit A – Leopold Decl, # 2 Text of Proposed Order Proposed Order)(Topic, Matthew) (Entered: 04/04/2019) |
| 04/04/2019 | 6 | | MOTION to Expedite *Plaintiff's Request for Expedited Preliminary Injunction Hearing*, MOTION for Hearing re 5 MOTION for Preliminary Injunction by BUZZFEED INC., JASON LEOPOLD (Attachments: # 1 Text of Proposed Order Proposed Order)(Topic, Matthew) (Entered: 04/04/2019) |
| 04/05/2019 | | | Case Assigned to Judge Timothy J. Kelly. (zsb) (Entered: 04/05/2019) |
| 04/05/2019 | 7 | | SUMMONS (6) Issued Electronically as to DOJ DEPUTY ATTORNEY GENERAL, DOJ OFFICE OF ATTORNEY GENERAL, DOJ OFFICE OF SPECIAL COUNSEL, U.S. DEPARTMENT OF JUSTICE, U.S. Attorney and U.S. Attorney General (Attachment: # 1 Notice and Consent)(zsb) (Entered: 04/05/2019) |
| 04/08/2019 | 8 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 4/5/2019. Answer due for ALL FEDERAL DEFENDANTS by 5/5/2019. (Topic, Matthew) (Entered: 04/08/2019) |
| 04/09/2019 | 9 | | Case reassigned to Judge Reggie B. Walton as there is an earlier related case. Judge Timothy J. Kelly is no longer assigned to the case. (rj) (Entered: 04/11/2019) |
| 04/11/2019 | 10 | | ORDER. In accordance with the reasons stated in the attached Order, it is hereby ORDERED that the defendants shall file |

| | | | |
|---|---|---|---|
| | | | their opposition to the plaintiffs' motion for a preliminary injunction on or before 12:00 p.m. on April 15, 2019. It is further ORDERED that the plaintiffs shall file their reply in support of their motion on or before 12:00 p.m. on April 16, 2019. It is further ORDERED that the 6 Plaintiffs' Request for Expedited Preliminary Injunction Hearing is GRANTED IN PART and DENIED IN PART. The motion is granted to the extent that the plaintiffs seek a hearing on their motion for a preliminary injunction. The motion is denied in all other respects. It is further ORDERED that the parties shall appear before the Court for a hearing on the Plaintiffs' Combined Motion for Preliminary Injunction and Memo in Support on April 16, 2019, at 2:00 p.m. Signed by Judge Reggie B. Walton on April 11, 2019. (lcrbw1) (Entered: 04/11/2019) |
| 04/11/2019 | 11 | | ORDER. In accordance with the reasons stated in the attached Order, it is hereby ORDERED that, on or before April 19, 2019, the parties in the above–captioned matters shall SHOW CAUSE as to why the cases should not be consolidated. Signed by Judge Reggie B. Walton on April 11, 2019. (lcrbw1) (Entered: 04/11/2019) |
| 04/11/2019 | 12 | | NOTICE of Appearance by Courtney Danielle Enlow on behalf of All Defendants (Enlow, Courtney) (Entered: 04/11/2019) |
| 04/12/2019 | | | Set/Reset Deadlines: Responses to Show Cause Order due by 4/19/2019. (hs) (Entered: 04/12/2019) |
| 04/12/2019 | | | Set/Reset Deadlines/Hearings: Response due by 4/15/2019 Reply due by 4/16/2019. Motion Hearing set for 4/16/2019 at 02:00 PM in Courtroom 16 before Judge Reggie B. Walton. (hs) (Entered: 04/12/2019) |
| 04/12/2019 | 13 | | RESPONSE TO ORDER TO SHOW CAUSE by DOJ DEPUTY ATTORNEY GENERAL, DOJ OFFICE OF ATTORNEY GENERAL, DOJ OFFICE OF SPECIAL COUNSEL, U.S. DEPARTMENT OF JUSTICE re 11 Order, . (Attachments: # 1 Text of Proposed Order)(Enlow, Courtney) (Entered: 04/12/2019) |
| 04/12/2019 | 14 | | RESPONSE re 5 MOTION for Preliminary Injunction filed by DOJ DEPUTY ATTORNEY GENERAL, DOJ OFFICE OF ATTORNEY GENERAL, DOJ OFFICE OF SPECIAL COUNSEL, U.S. DEPARTMENT OF JUSTICE. (Attachments: # 1 Text of Proposed Order, # 2 Index to Exhibits, # 3 Exhibit, # 4 Exhibit)(Enlow, Courtney) (Entered: 04/12/2019) |
| 04/12/2019 | 15 | | MOTION to Vacate 10 Order on Motion to Expedite,,,, Order on Motion for Hearing,,, *Motion to Vacate Hearing on Plaintiffs' Motion for a Preliminary Injunction* by DOJ DEPUTY ATTORNEY GENERAL, DOJ OFFICE OF ATTORNEY GENERAL, DOJ OFFICE OF SPECIAL COUNSEL, U.S. DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order, # 2 Index to Exhibits, # 3 Exhibit, |

| Date | # | | Description |
|---|---|---|---|
| | | | # 4 Exhibit)(Enlow, Courtney) (Entered: 04/12/2019) |
| 04/15/2019 | 16 | | REPLY to opposition to motion re 5 MOTION for Preliminary Injunction *Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction* filed by BUZZFEED INC., JASON LEOPOLD. (Topic, Matthew) (Entered: 04/15/2019) |
| 04/16/2019 | 17 | | ORDER. In accordance with the reasons stated in the attached Order, it is hereby ORDERED that the Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction and Defendants' Motion to Vacate Hearing is Denied, Signed by Judge Reggie B. Walton on April 16, 2019. (lcrbw1) (Entered: 04/16/2019) |
| 04/16/2019 | | | Minute Entry for proceedings held before Judge Reggie B. Walton: Motion Hearing held on 4/16/2019 re 5 MOTION for Preliminary Injunction filed by BUZZFEED INC., JASON LEOPOLD. Oral argument heard, and motion is DENIED for reasons stated on the record. Status conference remains scheduled for 5/2/19 @ 10am in case 19 cv 810. (Court Reporter: Lisa Edwards.) (tj) (Entered: 04/16/2019) |
| 04/18/2019 | 18 | | ORDER. In accordance with the Court's oral rulings issued at the motion hearing held on April 16, 2019, it is hereby ORDERED that the 5 Plaintiffs' Combined Motion for Preliminary Injunction and Memo in Support is DENIED WITHOUT PREJUDICE. Specifically, the motion is denied because the plaintiffs have not satisfied their burden of demonstrating that they have a substantial likelihood of success on the merits of their claim and that they face irreparable harm in the absence of an injunction. It is further ORDERED that the government shall file its answer to the plaintiffs' Complaint on or before April 25, 2019. It is further ORDERED that the parties shall appear before the Court on May 2, 2019, at 10:00 a.m. to discuss how the parties wish to proceed in this case. Signed by Judge Reggie B. Walton on April 18, 2019. (lcrbw1) (Entered: 04/18/2019) |
| 04/19/2019 | | | Set/Reset Deadlines: Answer to the Complaint due by 4/25/2019, (hs) (Entered: 04/19/2019) |
| 04/19/2019 | | | Set/Reset Hearings: Status Conference set for 5/2/2019 at 10:00 AM in Courtroom 16 before Judge Reggie B. Walton. (hs) (Entered: 04/19/2019) |
| 04/19/2019 | 19 | | NOTICE *Plaintiffs' Position on Consolidation* by BUZZFEED INC., JASON LEOPOLD (Topic, Matthew) (Entered: 04/19/2019) |
| 04/22/2019 | 20 | | ORDER. In accordance with the reasons stated in the attached Order, it is hereby ORDERED that the parties' obligations under the Court's April 11, 2019 Order to Show Cause are DISCHARGED. It is further ORDERED that, to the extent that the plaintiffs in the above–captioned matters are seeking the release of the Special Counsel Mueller's report regarding the |

| | | | |
|---|---|---|---|
| | | | investigation into Russian interference in the 2016 United States presidential election, Case No. 19−cv−810 is CONSOLIDATED with Case No. 19−cv−957. It is further ORDERED that the parties shall make all future filings only in Case No. 19−cv−810, and the Clerk of the Court shall refuse to accept any filings in Case No. 19−cv−957. Signed by Judge Reggie B. Walton on April 22, 2019. (lcrbw1) (Entered: 04/22/2019) |
| 04/22/2019 | | | Cases consolidated. Cases 19−cv−810 and 19−cv−957 have been consolidated pursuant to an Order entered 4/22/19. From this date forward, all pleadings shall be filed ONLY in the lead case, Civil Action No. 19cv810. The parties are advised NOT to select the SPREAD TEXT option when filing in ECF, as this will result in repetitive docketing and emails. (ztd) (Entered: 04/25/2019) |
| 04/23/2019 | 21 | | TRANSCRIPT OF MOTIONS HEARING before Judge Reggie B. Walton held on April 16, 2019; Page Numbers: 1−18. Date of Issuance: April 23, 2019. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter r eferenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/14/2019. Redacted Transcript Deadline set for 5/24/2019. Release of Transcript Restriction set for 7/22/2019.(Edwards, Lisa) (Entered: 04/23/2019) |
| 05/02/2019 | | | Minute Entry for Status Conference proceedings held on 5/2/2019 before Judge Reggie B. Walton: Defendant's summary judgment motions due by 6/3/2019. Plantiffs'response to the summary judgment and cross motions for summary judgment due by 6/24/2019. Reply to motions for summary judgment and response to cross motions due by 7/8/2019. Reply to cross motions due by 7/15/2019. Status Report on the remaining records due by 6/17/2019. Status Conference set for 7/2/2019 at 10:00 AM in Courtroom 16. Status Conference set for 8/5/2019 at 10:00 AM in Courtroom 16 before Judge Reggie B. Walton. |

| | | | |
|---|---|---|---|
| | | | (Court Reporter Cathryn Jones) Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW(gdf) (Entered: 05/02/2019) |
| 06/17/2019 | | | Set/Reset Hearings: Status Conference reset for 7/2/2019 at 12:00 PM in Courtroom 16 before Judge Reggie B. Walton. Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW(hs) (Entered: 06/17/2019) |
| 06/19/2019 | 22 | | MOTION for Leave to File Excess Pages by BUZZFEED INC., JASON LEOPOLD, BUZZFEED INC., JASON LEOPOLD (Attachments: # 1 Text of Proposed Order Proposed Order)Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW(Topic, Matthew) (Entered: 06/19/2019) |
| 06/20/2019 | | | Set/Reset Hearings: Status Conference reset for 8/9/2019 at 02:30 PM in Courtroom 16 before Judge Reggie B. Walton. Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW(hs) (Entered: 06/20/2019) |
| 06/28/2019 | 23 | | MOTION for Leave to File *amicus curiae brief* by CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Exhibit Proposed Order, # 3 Exhibit Corporate Disclosure Statement)Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW(Shaw, Conor) Modified event title on 7/3/2019 (znmw). (Entered: 06/28/2019) |
| 07/02/2019 | 24 | | Memorandum in opposition to re (75 in 1:19−cv−00810−RBW, 23 in 1:19−cv−00957−RBW) MOTION to Intervene *as amicus curiae* filed by U.S. DEPARTMENT OF JUSTICE. Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW(Shapiro, Elizabeth) (Entered: 07/02/2019) |
| 07/08/2019 | | | Set/Reset Deadlines: Reply to Motion for Summary Judgment and Response to Cross Motions due by 7/12/2019. Reply to Cross Motions due by 7/19/2019. Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW(gdf) (Entered: 07/08/2019) |
| 07/19/2019 | 25 | | REPLY to opposition to motion re (73 in 1:19−cv−00810−RBW) MOTION for Summary Judgment *Plaintiff Jason Leopold's and BuzzFeed Inc.'s Motion for Summary Judgment*, (71 in 1:19−cv−00810−RBW) Cross MOTION for Summary Judgment *and Motion for In Camera Review* filed by BUZZFEED INC., ELECTRONIC PRIVACY INFORMATION CENTER, JASON LEOPOLD. (Attachments: # 1 Exhibit 1)Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW(Butler, Alan) (Entered: 07/19/2019) |
| 07/31/2019 | | | Set/Reset Hearings: Status Conference set for 8/5/2019 at 10:00 AM in Courtroom 16 before Judge Reggie B. Walton. (hs) (Entered: 07/31/2019) |
| 08/05/2019 | | | |

| | | | |
|---|---|---|---|
| | | | Minute Entry; for proceedings held before Judge Reggie B. Walton: Oral Argument held on 8/5/2019. Memorandum\Order to issue via Chambers. (Court Reporter Cathryn Jones) (hs) (Entered: 08/05/2019) |
| 08/12/2019 | 26 | | TRANSCRIPT OF PROCEEDINGS before Judge Reggie B. Walton held on August 5, 2019; Page Numbers: 1 – 96. Court Reporter/Transcriber Cathryn Jones, Telephone number 2023543246, Transcripts may be ordered by submitting the <a href="http://www.dcd.uscourts.gov/node/110">Transcript Order Form</a><P></P><P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<P></P> Redaction Request due 9/2/2019. Redacted Transcript Deadline set for 9/12/2019. Release of Transcript Restriction set for 11/10/2019.(Jones, Cathryn) (Entered: 08/12/2019) |
| 09/12/2019 | | | Set/Reset Hearings: Status Conference set for 10/1/2019 at 11:00 AM in Courtroom 16 before Judge Reggie B. Walton. Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW(hs) (Entered: 09/12/2019) |
| 10/16/2019 | | | Set/Reset Deadlines: Joint Status Report due by 11/8/2019 Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW(hs) (Entered: 10/16/2019) |
| 12/10/2019 | 27 | | STATUS REPORT by ELECTRONIC PRIVACY INFORMATION CENTER. Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW(Davisson, John) (Entered: 12/10/2019) |
| 12/10/2019 | | | MINUTE ORDER. Upon consideration of the 103 Plaintiffs' Status Report, and for good cause shown, it is hereby ORDERED that the parties shall appear before the Court for a status conference on December 18, 2019, at 12:30 p.m., to address the issues raised in the plaintiffs' status report. Signed by Judge Reggie B. Walton on December 10, 2019. Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW (lcrbw2) (Entered: 12/10/2019) |
| 12/11/2019 | | | Set/Reset Hearings: Status Conference set for 12/18/2019 at 12:30 PM in Courtroom 16 before Judge Reggie B. Walton. (hs) (Entered: 12/11/2019) |

8

| | | | |
|---|---|---|---|
| 12/17/2019 | 28 | | ORDER. See attached Order for details. Signed by Judge Reggie B. Walton on December 17, 2019. Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW (lcrbw2) (Entered: 12/17/2019) |
| 12/18/2019 | | | Minute Entry for proceedings held before Judge Reggie B. Walton: Status Conference held on 12/18/2019. Parties addressed issues related to a related matter before Judge Walton. Court Reporter Tim Miller. (zjch) Modified on 12/19/2019 (zjch). (Entered: 12/18/2019) |
| 12/18/2019 | 29 | | ORDER. In accordance with the attached Order, it is hereby ORDERED that the plaintiffs' request that the Court order the United States Department of Justice to reprocess the report regarding Special Counsel Robert Mueller's investigation into Russian interference in the 2016 United States presidential election, raised in the Plaintiffs' Status Report, Elec. Privacy Info. Ctr. v. U.S. Dep't of Justice, Civ. Action No. 19−810, ECF No. 103, and the Plaintiffs' Status Report, Leopold v. U.S. Dep't of Justice, Civ. Action No. 19−957, ECF No. 27, is DENIED. Signed by Judge Reggie B. Walton on December 18, 2019. Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW (lcrbw2) (Entered: 12/18/2019) |
| 01/23/2020 | 30 | | TRANSCRIPT OF STATUS CONFERENCE before Judge Reggie B. Walton held on 12−18−19; Page Numbers: 1−22; Date of Issuance: 1−23−20; Court Reporter: Timothy R. Miller, Telephone Number (202) 354−3111. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/13/2020. Redacted Transcript Deadline set for 2/23/2020. Release of Transcript Restriction set for 4/22/2020.(Miller, Timothy) (Entered: 01/23/2020) |
| 05/04/2020 | 31 | | NOTICE *of Factual Developments Relevant to Pending Motions* by ELECTRONIC PRIVACY INFORMATION CENTER Associated Cases: 1:19−cv−00810−RBW, |

| | | | |
|---|---|---|---|
| | | | 1:19−cv−00957−RBW(Davisson, John) (Entered: 05/04/2020) |
| 09/30/2020 | | | Set/Reset Hearings: Status Conference set for 10/22/2020 at 12:00 PM by Telephonic/VTC before Judge Reggie B. Walton. Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW(hs) (Entered: 09/30/2020) |
| 09/30/2020 | 34 | | ORDER. In accordance with the Memorandum Opinion issued on this same date, it is hereby ORDERED that the Court's March 5, 2019 Order is VACATED to the extent that it denied without prejudice the parties' cross−motions for summary judgment. It is further ORDERED that the 54 Department of Justice's Motion for Summary Judgment in Leopold v. Department of Justice and Partial Summary Judgment in Electronic Privacy Information Center v. Department of Justice is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED with respect to the Department's withholdings pursuant to Exemptions 3, 7(A), 7(C), and 7(E). The motion is DENIED in all other respects. It is further ORDERED that the balance of the 71 Plaintiff's Combined Opposition to Defendant's Motion for Partial Summary Judgment, Cross−Motion for Partial Summary Judgment, and Motion for In Camera Review of the "Mueller Report" is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED to the extent it seeks disclosure of the information withheld pursuant to Exemption 5. The motion is DENIED in all other respects. It is further ORDERED that the balance of 73 Plaintiffs Jason Leopold's and Buzzfeed Inc.'s Motion for Summary Judgment is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED to the extent it seeks disclosure of the information withheld pursuant to Exemption 5. The motion is DENIED in all other respects. It is further ORDERED that, on October 22, 2020, at 12:00 p.m., the parties shall appear before the Court for a status conference via teleconference by calling 1−877−873−8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further ORDERED that, on or before November 2, 2020, the Department shall produce to the plaintiffs an updated redacted version of the Mueller Report, which discloses the information redacted pursuant to Exemption 5, unless such information has been properly withheld pursuant to another exemption. Signed by Judge Reggie B. Walton on September 30, 2020. (lcrbw1) (Entered: 09/30/2020) (hs) (Entered: 12/01/2020) |
| 10/09/2020 | | | Set/Reset Deadlines/Hearings: Plaintiff's Reply in support of its motion due by 10/14/2020. Motion Hearing set for 10/16/2020 at 11:00 AM by Telephonic/VTC before Judge Reggie B. Walton. Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW(hs) (Entered: 10/09/2020) |
| 11/25/2020 | 32 | | NOTICE OF APPEAL TO DC CIRCUIT COURT by BUZZFEED, INC., JASON LEOPOLD. Filing fee $ 505, receipt number ADCDC−7880474. Fee Status: Fee Paid. Parties |

| | | | |
|---|---|---|---|
| | | | have been notified. (Topic, Matthew) (Entered: 11/25/2020) |
| 11/30/2020 | 33 | | ENTERED IN ERROR.....DUPLICATE. . . . .NOTICE OF APPEAL TO DC CIRCUIT COURT as to (131 in 1:19−cv−00810−RBW) Order,,,,,,,, by BUZZFEED, INC., JASON LEOPOLD. Fee Status: No Fee Paid. Parties have been notified. Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW(Topic, Matthew) Modified on 11/30/2020 (ztd). (Entered: 11/30/2020) |
| 11/30/2020 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 33 Notice of Appeal to DC Circuit Court, was entered in error as it is a duplicate of docket entry 32 . (ztd) (Entered: 11/30/2020) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 19-cv-957 (RBW) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, et. al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that JASON LEOPOLD and BUZZFEED INC., Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order granting in part and denying in part Plaintiffs' Motion for Summary Judgment entered in this action on the 30th day of September, 2020.

DATED: November 25, 2020

                                                  Respectfully Submitted,

                                                */s/ Matthew V. Topic*

                                                Attorneys for Plaintiffs

                                                Matthew Topic
                                                (E-Mail: foia@loevy.com)
                                                LOEVY & LOEVY
                                                311 N. Aberdeen, Third Floor
                                                Chicago, Illinois 60607
                                                Tel.: (312) 243-5900
                                                Fax: (312) 243-5902
                                                Bar No. IL0037

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )      Civil Action No. 19-810 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, | )<br>)<br>) |
| Defendant. | )<br>) |
| JASON LEOPOLD & BUZZFEED, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )      Civil Action No. 19-957 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | )<br>)<br>) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Court's March 5, 2019 Order is **VACATED** to the extent that it denied without prejudice the parties' cross-motions for summary judgment. It is further

**ORDERED** that the Department of Justice's Motion for Summary Judgment in <u>Leopold v. Department of Justice</u> and Partial Summary Judgment in <u>Electronic Privacy Information Center v. Department of Justice</u>, ECF No. 54, is **GRANTED IN PART AND DENIED IN**

**PART**.  The motion is **GRANTED** with respect to the Department's withholdings pursuant to Exemptions 3, 7(A), 7(C), and 7(E).  The motion is **DENIED** in all other respects.  It is further

**ORDERED** that the balance of the Plaintiff's Combined Opposition to Defendant's Motion for Partial Summary Judgment, Cross-Motion for Partial Summary Judgment, and Motion for In Camera Review of the "Mueller Report[,]" ECF No. 71, is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** to the extent it seeks disclosure of the information withheld pursuant to Exemption 5.  The motion is **DENIED** in all other respects.  It is further

**ORDERED** that the balance of Plaintiffs Jason Leopold's and Buzzfeed Inc.'s Motion for Summary Judgment, ECF No. 73, is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** to the extent it seeks disclosure of the information withheld pursuant to Exemption 5.  The motion is **DENIED** in all other respects.  It is further

**ORDERED** that, on October 22, 2020, at 12:00 p.m., the parties shall appear before the Court for a status conference via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).  It is further

**ORDERED** that, on or before November 2, 2020, the Department shall produce to the plaintiffs an updated redacted version of the Mueller Report, which discloses the information redacted pursuant to Exemption 5, unless such information has been properly withheld pursuant to another exemption.

**SO ORDERED** this 30th day of September, 2020.

<div style="text-align: right;">REGGIE B. WALTON<br>United States District Judge</div>