IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   Civil Action No. 19-cv-810 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, | )<br>) |
| Defendant. | ) |
| JASON LEOPOLD, BUZZFEED, INC., | ) |
| Plaintiffs, | ) |
| v. | )   Civil Action No. 19-cv-957 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al. | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated February 25, 2022, that the parties "file a joint status report regarding the status of their [fee] negotiations," Plaintiffs Jason Leopold and Buzzfeed, Inc., and Defendant U.S. Department of Justice ("DOJ"), by and through undersigned counsel, respectfully submit this Joint Status Report.

The parties are actively engaged in settlement discussions regarding attorney fees and costs, and hope to reach an accord. Accordingly, they respectfully request that the Court continue to stay the deadline for Plaintiff's fee petition, and propose that the parties file another joint status report in 45 days (by May 23, 2022) if the cases have not been dismissed by then.

Dated: April 7, 2022

/s/ *Matthew Topic*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Josh Loevy, D.C. Bar No. IL0105
Shelley Geiszler, D.C. Bar No. IL0087
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH SHAPIRO
Deputy Director
Federal Programs Branch

/s/ *Courtney D. Enlow*
Courtney D. Enlow Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
(202) 616-8467
Courtney.d.enlow@usdoj.gov

*Counsel for Defendant*