IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD, BUZZFEED, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 19-cv-957 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al. | ) ) ) ) | |
| Defendants. | ) ) ) | |

**STIPULATION OF DISMISSAL**

1. Defendant served upon plaintiffs the attached Rule 68 Offer of Judgment to settle their claim for attorney's fees, costs and expenses under the Freedom of Information Act in the above-captioned case and plaintiffs accepted it, thereby resolving the last remaining issue in this litigation.

2. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties agree and stipulate that this case should be dismissed with prejudice.

3. Nothing herein precludes plaintiffs from submitting a bill of costs to the appropriate court under local and/or federal rules, or the government from opposing it.

Dated: May 23, 2022

/s/ *Matthew Topic*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Josh Loevy, D.C. Bar No. IL0105
Shelley Geiszler, D.C. Bar No. IL0087
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
 Principal Deputy Assistant Attorney
  General, Civil Division

/s/ *Elizabeth Shapiro*
ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12100
Washington, D.C. 20005
(202) 514-5302
Elizabeth.shapiro@usdoj.gov

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 19-cv-957 (RBW) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | **OFFER OF JUDGMENT** |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Federal Rule of Civil Procedure 68, Defendant hereby offers to allow judgment to be taken against it in the amount of $170,420.00, in full resolution of any and all claims by Plaintiffs for attorney's fees or costs (including "fees on fees") for both the district and appellate court proceedings in this case, and to preclude further litigation thereof. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed as an admission that Defendant is liable for any costs or attorney's fees, or that Plaintiff is entitled to them. This offer of judgment is made for settlement purposes only and is subject to Federal Rule of Evidence 408.

Dated: May 20, 2022

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Andrea Newmark
ANDREA NEWMARK
Senior Counsel, Federal Programs Branch

Civil Division, U.S. Department of Justice
1100 L Street, N.W., Room 12514
Washington, D.C. 20005
Tel: (202) 514-4267
Email: Andrea.Newmark@usdoj.gov
*Attorneys for Defendant*