**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JASON LEOPOLD & BUZZFEED, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 19-957 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on October 19, 2022, via teleconference, it is hereby

**ORDERED** that the defendant shall pay the plaintiffs' costs in the amount of $400.

**SO ORDERED** this 26th day of October, 2022.

REGGIE B. WALTON
United States District Judge